IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In Re: Gerald Tabb<br>SSN: XXX-XX-2463<br><br>Misty Tabb<br>SSN: XXX-XX-6062<br><br>Debtor(s), | Case No.22-82029-CRJ-13<br><br>Chapter 13 |

### DEBTORS' NOTICE TO CONVERT CASE TO CHAPTER 7

The Debtors, Gerald and Misty Tabb, pursuant to 11 U.S.C. § 1307(a), hereby elects to convert the above-styled case under Chapter 7 of the Bankruptcy Code. The Debtors are entitled to convert their case as:

1. Debtors' original case, 22-82029 filed on November 16, 2022, is a case under Chapter 13 of the Bankruptcy Code.

2. The Debtors are eligible to be debtors under Chapter 7 of the Bankruptcy Code.

3. The Debtors will file amended schedules as needed.

*[signature]*
Gerald Tabb

*[signature]*
Misty Tabb

Respectfully submitted,

/s/ John C. Larsen
Attorney for Debtors

OF COUNSEL:
Larsen Law, P.C.
1733 Winchester Rd.
Huntsville, AL 35811
(256) 859-3008
John@JLarsenLaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the above and foregoing Notice to Convert Case has been served on all the creditors listed on the attached matrix by U.S. mail postage prepaid and properly addressed and on Michele Hatcher, Chapter 13 Trustee, electronically on this the 30 day of November, 2022.

/s/ John C. Larsen
OF COUNSEL

```
abel Matrix for local noticing          U. S. Bankruptcy Court                  1st Franklin Financial
126-8                                   400 Well Street                         Attn: Bankruptcy
ase 22-82029-CRJ13                      P. O. Box 2775                          24833 John T Reid Pkwy, Suite 3-B
ORTHERN DISTRICT OF ALABAMA             Decatur, AL 35602-2775                  Scottsboro, AZ 35768-2343
ecatur
ed Nov 30 16:46:39 CST 2022

aine & Weiner                           Capio Partners, LLC                     Carefree Rental
ttn: Bankruptcy                         Attn: Bankruptcy                        P.O. Box 1418
305 Sepulveda Blvd                      Po Box 3498                             Mocksville, NC 27028-1418
herman Oaks, CA 91411-2546              Sherman, TX 75091-3498


redit Collection Services               Credit One Bank                         Enhanced Recovery Company
ttn: Bankruptcy                         Attn: Bankruptcy Department             Attn: Bankruptcy
25 Canton St                            Po Box 98873                            8014 Bayberry Road
orwood, MA 02062-2679                   Las Vegas, NV 89193-8873                Jacksonville, FL 32256-7412


p)FARMERS FURNITURE                     Fox Collection Center                   Franklin Collection Service, Inc.
TTN CORPORATE CREDIT DEPT               Attn: Bankruptcy                        2978 West Jackson Street
O BOX 1140                              Po Box 528                              Po Box 3910
UBLIN GA 31040-1140                     Goodlettsvile, TN 37070-0528            Tupelo, MS 38803-3910


olloway Credit Solutions                Local Finance                           (p)MERCHANTS ADJUSTMENT SERVICE  INC
ttn: Bankruptcy                         242 S. Broad St.                        ATTN ATTN SHERI
o Box 230609                            Scottsboro, AL 35768-1731               PO BOX 7511
ontgomery, AL 36123-0609                                                        MOBILE AL 36670-0511


p)MID ATLANTIC FINANCE                  (p)OSLA STUDENT LOAN SERVICING          Redstone FCU
592 ULMERTON ROAD                       ATTN EMILY WRIGHT                       Attn: Bankruptcy Dept
LEARWATER FL 33762-4107                 525 CENTRAL PARK DRIVE                  220 Wynn Drive
                                        SUITE 600                               Huntsville, AL 35893-0001
                                        OKC OK 73105-1706


antander Consumer USA                   Sun Loan                                Verizon Wireless
ttn: Bankruptcy                         201 Veterans Dr Ste 105                 Attn: Bankruptcy
o Box 961245                            Scottsboro, AL 35768-2168               500 Technology Dr, Ste 599
ort Worth, TX 76161-0244                                                        Weldon Springs, MO 63304-2225


orld Finance Company                    Gerald Tabb                             John C. Larsen
ttn: Bankruptcy                         89 Davistown Rd.                        Larsen Law, P.C.
o Box 6429                              Section, AL 35771-7601                  1733 Winchester Rd
reenville, SC 29606-6429                                                        Huntsville, AL 35811-9190


ichele T. Hatcher                       Misty Tabb
hapter 13 Trustee                       89 Davistown Rd.
.O. Box 2388                            Section, AL 35771-7601
ecatur, AL 35602-2388
```

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| armers Home Furniture | (d)Farmers Home Furniture | Merchants Adjustment Service |
| :tn: Bankruptcy | Attn: Corporate Credit Department | Attn: Bankruptcy |
| ɔ Box 1140 | P.O. Box 1140 | 56 North Florida St |
| ιblin, GA 31040 | Dublin, GA 31040 | Mobile, AL 36607 |

| id-Atlantic Finance Company | OSLA/Dept of Ed | End of Label Matrix |
| 592 Ulmerton Road | Attn: Bankruptcy | Mailable recipients 25 |
| ιite 200 | Po Box 18475 | Bypassed recipients 0 |
| learwater, FL 33762 | Oklahoma City, OK 73154 | Total 25 |