United States Bankruptcy Court
Northern District of Alabama

In re:  Case No. 22-82029-CRJ
Gerald Tabb  Chapter 7
Misty Tabb
    Debtors

# CERTIFICATE OF NOTICE

District/off: 1126-8     User: admin     Page 1 of 2
Date Rcvd: Dec 01, 2022     Form ID: 309A     Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gerald Tabb, Misty Tabb, 89 Davistown Rd., Section, AL 35771-7601 |
| tr | + | Judith Thompson, P. O. Box 18966, Huntsville, AL 35804-8966 |
| 10994946 | + | 1st Franklin Financial, Attn: Bankruptcy, 24833 John T Reid Pkwy, Suite 3-B, Scottsboro, AZ 35768-2343 |
| 11003211 | | Carefree Rental, P.O. Box 1418, Mocksville, NC 27028-1418 |
| 11003210 | + | Local Finance, 242 S. Broad St., Scottsboro, AL 35768-1731 |
| 10994948 | ++ | MID ATLANTIC FINANCE, 4592 ULMERTON ROAD, CLEARWATER FL 33762-4107 address filed with court:, Mid-Atlantic Finance Company, 4592 Ulmerton Road, Suite 200, Clearwater, FL 33762 |
| 10994960 | + | Sun Loan, 201 Veterans Dr Ste 105, Scottsboro, AL 35768-2168 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: john@jlarsenlaw.com | Dec 02 2022 00:16:00 | John C. Larsen, Larsen Law, P.C., 1733 Winchester Rd, Huntsville, AL 35811 |
| smg | + | Email/Text: bnc_notices_northern@alnba.uscourts.gov | Dec 02 2022 00:17:00 | Richard Blythe, BA Decatur, P O Box 3045, Decatur, AL 35602-3045 |
| 10994950 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Dec 02 2022 00:16:00 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 10994951 | + | EDI: CAPIO.COM | Dec 02 2022 04:48:00 | Capio Partners, LLC, Attn: Bankruptcy, Po Box 3498, Sherman, TX 75091-3498 |
| 10994952 | + | EDI: CCS.COM | Dec 02 2022 04:48:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 10994953 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 02 2022 00:21:57 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 10994954 | + | Email/Text: bknotice@ercbpo.com | Dec 02 2022 00:17:00 | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 10994947 | | Email/Text: corporatecredit@farmersfurniture.com | Dec 02 2022 00:17:00 | Farmers Home Furniture, Attn: Bankruptcy, Po Box 1140, Dublin, GA 31040 |
| 10999294 | | Email/Text: corporatecredit@farmersfurniture.com | Dec 02 2022 00:17:00 | Farmers Home Furniture, Attn: Corporate Credit Department, P.O. Box 1140, Dublin, GA 31040 |
| 10994955 | + | Email/Text: bankruptcies@foxcollection.com | Dec 02 2022 00:17:00 | Fox Collection Center, Attn: Bankruptcy, Po Box 528, Goodlettsvile, TN 37070-0528 |
| 10994956 | + | Email/Text: FSBank@franklinservice.com | Dec 02 2022 00:16:00 | Franklin Collection Service, Inc., 2978 West Jackson Street, Po Box 3910, Tupelo, MS 38803-3910 |
| 10994957 | + | Email/Text: bankruptcyemails@hollowaycredit.com | Dec 02 2022 00:16:00 | Holloway Credit Solutions, Attn: Bankruptcy, Po Box 230609, Montgomery, AL 36123-0609 |

| | | | |
|---|---|---|---|
| 10994958 | Email/Text: sheri@masinc.org<br>Dec 02 2022 00:16:00 | | Merchants Adjustment Service, Attn: Bankruptcy, 56 North Florida St, Mobile, AL 36607 |
| 10994959 | Email/Text: bankruptcydocs@osla.org<br>Dec 02 2022 00:16:00 | | OSLA/Dept of Ed, Attn: Bankruptcy, Po Box 18475, Oklahoma City, OK 73154 |
| 11003212 | + Email/Text: Bankruptcy@redfcu.org<br>Dec 02 2022 00:17:00 | | Redstone FCU, Attn: Bankruptcy Dept, 220 Wynn Drive, Huntsville, AL 35893-0001 |
| 10994949 | + Email/Text: enotifications@santanderconsumerusa.com<br>Dec 02 2022 00:17:00 | | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 10994961 | + EDI: VERIZONCOMB.COM<br>Dec 02 2022 04:48:00 | | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |
| 10994962 | + Email/Text: bk@worldacceptance.com<br>Dec 02 2022 00:17:24 | | World Finance Company, Attn: Bankruptcy, Po Box 6429, Greenville, SC 29606-6429 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 03, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John C. Larsen | on behalf of Joint Debtor Misty Tabb john@jlarsenlaw.com lori@jlarsenlaw.com;larsenjr86417@notify.bestcase.com |
| John C. Larsen | on behalf of Debtor Gerald Tabb john@jlarsenlaw.com lori@jlarsenlaw.com;larsenjr86417@notify.bestcase.com |
| Judith Thompson | judith@al-bk.com AL03@ecfcbis.com |
| Michele T. Hatcher | ecf@ch13decatur.com treata.shelton@ch13decatur.com;tina.worley@ch13decatur.com |

TOTAL: 4

| | Information to identify the case: | | |
|---|---|---|---|
| Debtor 1: | Gerald Tabb<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–2463<br>EIN: _ _ – _ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | Misty Tabb<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–6062<br>EIN: _ _ – _ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | NORTHERN DISTRICT OF ALABAMA | Date case filed in chapter: | 13   11/16/22 |
| Case number: | 22–82029–CRJ7 | Date case converted to chapter: | 7   12/1/22 |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**
**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**
**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Gerald Tabb | Misty Tabb |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 89 Davistown Rd.<br>Section, AL 35771 | 89 Davistown Rd.<br>Section, AL 35771 |
| 4. | **Debtor's attorney**<br>Name and address | John C. Larsen<br>Larsen Law, P.C.<br>1733 Winchester Rd<br>Huntsville, AL 35811 | Contact phone 256 859–3008<br>Email: john@jlarsenlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Judith Thompson<br>P. O. Box 18966<br>Huntsville, AL 35804 | Contact phone 256 880–2217 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 400 Well Street<br>P. O. Box 2775<br>Decatur, AL 35602 | Hours open: 8:00 a.m. – 4:00 p.m.<br>Monday–Friday<br>Contact phone 256–584–7900<br>Date: 12/1/22 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| | | |
|---|---|---|
| **7.** **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 13, 2023 at 09:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. DO NOT COME TO THE COURTHOUSE. This meeting will take place by telephone only until further notice. At least five minutes prior to the start of the meeting, dial the telephone number and enter the access code. There is no security code. Once connected, please mute your phone until the case is called and disconnect when notified your meeting is completed. You are encouraged to call from a landline if possible from a quiet location. Do not use a speaker function or place the call on hold. Debtor(s) is encouraged to contact your attorney prior to the meeting for more information. | **Telephone Conference:** 877–336–1829 **Access Code:** 2434017# |
| **8.** **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** - if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subivisions of 11 U.S.C. § 727(a)(2) through (7), or - if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** - if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 3/14/23** |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**

Case 22-82029-CRJ7    Doc 16    Filed 12/03/22    Entered 12/03/22 23:41:34    Desc Imaged Certificate of Notice    Page 4 of 4