United States Bankruptcy Court

Northern District of Alabama

In re:  Case No. 22-82029-CRJ
Gerald Tabb  Chapter 7
Misty Tabb
    Debtors

# CERTIFICATE OF NOTICE

District/off: 1126-8     User: admin     Page 1 of 2
Date Rcvd: Dec 01, 2022     Form ID: van010     Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gerald Tabb, Misty Tabb, 89 Davistown Rd., Section, AL 35771-7601 |
| 10994946 | + | 1st Franklin Financial, Attn: Bankruptcy, 24833 John T Reid Pkwy, Suite 3-B, Scottsboro, AZ 35768-2343 |
| 11003211 | | Carefree Rental, P.O. Box 1418, Mocksville, NC 27028-1418 |
| 11003210 | + | Local Finance, 242 S. Broad St., Scottsboro, AL 35768-1731 |
| 10994948 | ++ | MID ATLANTIC FINANCE, 4592 ULMERTON ROAD, CLEARWATER FL 33762-4107 address filed with court:, Mid-Atlantic Finance Company, 4592 Ulmerton Road, Suite 200, Clearwater, FL 33762 |
| 10994960 | + | Sun Loan, 201 Veterans Dr Ste 105, Scottsboro, AL 35768-2168 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: bnc_notices_northern@alnba.uscourts.gov | Dec 02 2022 00:17:00 | Richard Blythe, BA Decatur, P O Box 3045, Decatur, AL 35602-3045 |
| | + | Email/Text: treata.shelton@ch13decatur.com | Dec 02 2022 00:16:00 | Michele Hatcher, PO Box 2388, Decatur, AL 35602-2388 |
| 10994950 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Dec 02 2022 00:16:00 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 10994951 | + | Email/Text: bnc-capio@quantum3group.com | Dec 02 2022 00:17:00 | Capio Partners, LLC, Attn: Bankruptcy, Po Box 3498, Sherman, TX 75091-3498 |
| 10994952 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 02 2022 00:18:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 10994953 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 02 2022 00:22:33 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 10994954 | + | Email/Text: bknotice@ercbpo.com | Dec 02 2022 00:17:00 | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 10994947 | | Email/Text: corporatecredit@farmersfurniture.com | Dec 02 2022 00:17:00 | Farmers Home Furniture, Attn: Bankruptcy, Po Box 1140, Dublin, GA 31040 |
| 10999294 | | Email/Text: corporatecredit@farmersfurniture.com | Dec 02 2022 00:17:00 | Farmers Home Furniture, Attn: Corporate Credit Department, P.O. Box 1140, Dublin, GA 31040 |
| 10994955 | + | Email/Text: bankruptcies@foxcollection.com | Dec 02 2022 00:17:00 | Fox Collection Center, Attn: Bankruptcy, Po Box 528, Goodlettsvile, TN 37070-0528 |
| 10994956 | + | Email/Text: FSBank@franklinservice.com | Dec 02 2022 00:16:00 | Franklin Collection Service, Inc., 2978 West Jackson Street, Po Box 3910, Tupelo, MS 38803-3910 |
| 10994957 | + | Email/Text: bankruptcyemails@hollowaycredit.com | Dec 02 2022 00:16:00 | Holloway Credit Solutions, Attn: Bankruptcy, Po Box 230609, Montgomery, AL 36123-0609 |
| 10994958 | | Email/Text: sheri@masinc.org | Dec 02 2022 00:16:00 | Merchants Adjustment Service, Attn: Bankruptcy, |

| ID | | Method | Date | Recipient |
|---|---|---|---|---|
| | | | | 56 North Florida St, Mobile, AL 36607 |
| 10994959 | | Email/Text: bankruptcydocs@osla.org | Dec 02 2022 00:16:00 | OSLA/Dept of Ed, Attn: Bankruptcy, Po Box 18475, Oklahoma City, OK 73154 |
| 11003212 | + | Email/Text: Bankruptcy@redfcu.org | Dec 02 2022 00:17:00 | Redstone FCU, Attn: Bankruptcy Dept, 220 Wynn Drive, Huntsville, AL 35893-0001 |
| 10994949 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 02 2022 00:17:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 10994961 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 02 2022 00:16:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |
| 10994962 | + | Email/Text: bk@worldacceptance.com | Dec 02 2022 00:17:24 | World Finance Company, Attn: Bankruptcy, Po Box 6429, Greenville, SC 29606-6429 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2022  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John C. Larsen | on behalf of Joint Debtor Misty Tabb john@jlarsenlaw.com  lori@jlarsenlaw.com;larsenjr86417@notify.bestcase.com |
| John C. Larsen | on behalf of Debtor Gerald Tabb john@jlarsenlaw.com  lori@jlarsenlaw.com;larsenjr86417@notify.bestcase.com |
| Judith Thompson | judith@al-bk.com  AL03@ecfcbis.com |
| Michele T. Hatcher | ecf@ch13decatur.com  treata.shelton@ch13decatur.com;tina.worley@ch13decatur.com |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

**In re:**                                                                           **Case No.** 22−82029−CRJ7
Gerald Tabb                                                          **Chapter** 7
**SSN:** xxx−xx−2463
Misty Tabb
**SSN:** xxx−xx−6062
           **Debtor(s)**

## CONVERSION NOTICE

**NOTICE is hereby provided:**

     The Debtor filed a **Notice of Conversion** on **12/1/22.** The Debtor is required to pay the conversion fee of $25.00 to the Clerk of the Bankruptcy Court within 2 business days from the date of this notice, or this case may be set for dismissal.

     On or before 14 days from the date of filing the Notice of Conversion the Debtor is required to do the following:

(1) File amendments to Schedules A through F, listing any and all changes to property or amounts owed since the commencement of the original bankruptcy case;

(2) File a Summary of Your Assets and Liabilities and Certain Statistical Information − Individual (Official Form 106) pursuant to 28 U.S.C. §159;

(3) File an Attorney's Disclosure of Compensation regarding fees received in the chapter 13 case, fees paid for the conversion of the chapter 13 case and any fees for the chapter 7 case pursuant to 11 U.S.C. §329;

(4) File a Chapter 7 Statement of Your Current Monthly Income and Means−Test Calculation (Official Form 122A) for cases filed on or after October 17, 2005;

     Further, the Debtor is required to file with the Court on or before 30 days from the date of the Notice of Conversion or the date set for the Section 341 meeting of creditors, whichever date is earlier, a Statement of Intention pursuant to 11 U.S.C. §521. A copy of the statement is to be served on the named creditor(s) and affected parties to the case and the same is to be certified to the Court upon completion.

     Failure to comply with the filing requirements or payment of fees within the time limits may result in the dismissal of the case. Copies of all amendments and statements are to be served on the appointed **Chapter 7 Trustee** and the **Bankruptcy Administrator**.

Dated:  December 1, 2022                        By:

                                                                       Joseph E. Bulgarella, Clerk
                                                                       United States Bankruptcy Court

dwh